**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Melvin SANDERS, Defendant–Appellant.**

**No. 02–7670.**

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 30, 2003.

Decided Feb. 5, 2003.

Melvin Sanders, Appellant Pro Se. Robert Michael Hamilton, Office of the United States Attorney, Greensboro, North Carolina, for Appellee.

Before WIDENER, NIEMEYER, and TRAXLER, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Melvin Sanders seeks to appeal the district court's order denying his motion for reconsideration of the denial of his motion filed under 28 U.S.C. § 2255 (2000). We have reviewed the record and conclude on the reasoning of the district court that Sanders has not made a substantial showing of the denial of a constitutional right. *See United States v. Sanders,* Nos. CR–93–281; CA–02–710–1 (M.D.N.C. filed Oct. 17, 2002; entered Oct. 18, 2002). Accordingly, we deny a certificate of appealability and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*